Dismissed and Memorandum Opinion filed February 10, 2005









Dismissed and Memorandum Opinion filed February 10,
2005.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00994-CV

____________

 

SHERYL HINTZ,
Individually and as Administratrix of the Estate of

 ANN FERGUSON BONK, Deceased, Appellant

 

V.

 

MARINER HEALTH
OF NASHVILLE, INC. d/b/a MARINER HEALTH AT WOODWIND LAKES; MARINER POST-ACUTE
NETWORK, INC. d/b/a MARINER HEALTH AT WOODWIND LAKES; MARINER HEALTH AT
WOODWIND LAKES; REX HUGHES; and KATHLEEN DOTY, Appellees

 



 

On Appeal from the
Probate County Court No. 4

Harris County, Texas

Trial Court Cause
No. 313,137-402

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from an order of dismissal signed July 9,
2004.  On February 1, 2005, appellant
filed a notice of non-suit of all defendants, which we construe as a motion to
dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed February 10, 2005.

Panel consists of Chief Justice
Hedges and Justices Fowler and Frost.